UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 3:14-CR-30116-002-DRH |
| v. | ) | |
| Angela Jones, | ) | |
| Defendant. | ) | |

**ORDER**

Upon motion of the United States of America, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby ORDERED that the Writ of Execution in this cause (Doc. 79) is hereby DISMISSED, without prejudice.

**SO ORDERED.**

**Signed this 17th day of August, 2015.**

Digitally signed by David R. Herndon
Date: 2015.08.17 14:47:30 -05'00'

**United States District Court**